IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODRIGO CADENA ) | |
| ) | No. 3-11-0541 |
| v. ) | |
| ) | |
| MICHELSON REALTY COMPANY, ) | |
| LLC ) | |

O R D E R

The initial case management conference, scheduled by notice issued contemporaneously with the filing of the complaint on August 22, 2011, is RESCHEDULED to **Thursday, July 21, 2011, at 1:00 p.m.**, in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

The parties are not required to include in the proposed initial case management order the standard provisions for Judge Trauger attached to the notice of setting the initial case management conference.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order on the defendant or its counsel and otherwise ensure that the defendant is aware of the rescheduled date for the initial case management conference.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge